STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN EDWARDS, DEFENDANT-APPELLANT.

Submitted November 2, 1953—Decided November 9, 1953.

*Mr. John Edwards, in propria persona.*

*Mr. Russell Morss,* for the respondent.

PER CURIAM. The appeal is dismissed for want of jurisdiction in this court.

We have, however, examined the merits of the points sought to be raised by the appellant and find them to be utterly without substance.

*For dismissal*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*Opposed*—None.